**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:23-00173-5** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK LONG** | **MAG. JUDGE KAYLA DYE MCCLUSKY** |

# MEMORANDUM ORDER

Pending before the undersigned, on reference from the District Judge, is a motion for disclosure of grand jury proceedings [doc. #398] filed by Defendant Derrick Long, acting pro se. Long appealed his conviction and sentence in this matter [doc. #369], but judgment of the District Court was affirmed by the United States Court of Appeals for the Fifth Circuit [doc. #397].

On November 13, 2024, Long was convicted by a jury of one count of conspiracy to distribute and to possess with intent to distribute methamphetamine (Count 1) and one count of distribution of methamphetamine (Count 2). [doc. #269]. He was subsequently sentenced to 235 months imprisonment as to Counts 1 and 2, to run concurrently and to further run concurrently with the anticipated sentence in 4th JDC, Docket No. 2024cr2832, but to run consecutively to the unrelated pending charges in 4th JDC, Docket Nos. 2009F1699, 2019CR3502, 2021CR3338, 2024CR421, 2024CR173 and 1st JDC, Docket No. 394736. He appealed on April 18, 2025. [doc. #369]. However, as noted, his conviction and sentence were later affirmed. [doc. #397].

At the time he filed the instant motion, Long had no actions pending but requested production of the grand jury testimony from his criminal case. Long has not provided a jurisdictional basis for the request. *See United States v. Padilla,* 321 F. App'x 382, 382 (5th Cir. 2009) (citing *United States v. Carvajal*, 989 F.2d 170, 170 (5th Cir. 1993)). Further, even if there were a jurisdictional basis, Long has not shown "a particularized need for the grand jury transcripts." *Padilla,* 321 F. App'x at 382 (citing *Miramontez*, 995 F.2d 56, 59-60 (5th Cir. 1993)). Contrary to his statements, he is engaged in a "fishing expedition" based on his "belief" about Agent Laiche's testimony.

MONROE, LOUISIANA, this 14th day of September, 2026.

KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE